NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANDRIE J. BONNEY,       )
                        )
          Appellant,    )
                        )
v.                      )          Case No. 2D19-923
                        )
STATE OF FLORIDA,       )
                        )
          Appellee.     )
_____ )

Opinion filed October 16, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; William H. Burgess,
III, Judge.

Andrie J. Bonney, pro se.


PER CURIAM.

          Affirmed.  See Fla. R. Crim. P. 3.701(d)(11); Bonney v. State, 252 So. 3d

1203 (Fla. 2d DCA 2018) (table decision); Jackson v. State, 29 So. 3d 1152 (Fla. 2d

DCA 2010); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006); Johnson v. State,

917 So. 2d 1011 (Fla. 4th DCA 2006); Rodriguez v. State, 645 So. 2d 98 (Fla. 3d DCA

1994).


KHOUZAM, C.J., and CASANUEVA and ROTHSTEIN-YOUAKIM, JJ., Concur.